JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0907 DLJ |
| Plaintiff, | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 16, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| DEL EDMUND SIMON, | Date:  January 16, 2009 |
| Defendant. | Time:  9:00 a.m.<br>Court: Hon. D. Lowell Jensen |

      The above-captioned matter is currently set on December 18, 2008 before this Court for a detention hearing. Pursuant to Defendant's waiver of that hearing, the parties request that this Court continue this matter for further status before the District Court on January 16, 2009 at 9:00 a.m. and that the Court continue to exclude time under the Speedy Trial Act between December 18, 2008 and January 16, 2009. The parties agree that Defendant may request to re-open the detention hearing before this Court should his circumstances change.

      Pursuant to the exchange of a large amount discovery, including electronic discovery, both parties require additional signnificant time to effectively prepare the case for further

STIP. AND ORDER
TO CONTINUE HEARING TO
JANUARY 16, 2009 AND TO EXCLUDE TIME
No. CR-08-0907 DLJ

1  disposition.  For those reasons, the parties stipulate and request that the Court continue to
2  exclude time between December 18, 2008 and January 16, 2009 under the Speedy Trial Act for
3  reasonable time necessary for counsel to effectively prepare, pursuant to 18 U.S.C. §
4  3161(h)(8)(B)(iv).  The parties agree the ends of justice served by granting the continuance
5  outweigh the best interests of the public and the defendant in a speedy trial.

7  DATED: December 18, 2008

_____         /S/
                                        _____
WADE M. RHYNE                           SUSAN RAFFANTI
Assistant United States Attorney        Counsel for Defendant

14  I hereby attest that I have authorization to file this document on behalf of those
15  individuals whose signatures are indicated by a "conformed" signature (/S/) within this e-filed
16  document.

STIP. AND ORDER
TO CONTINUE HEARING TO
JANUARY 16, 2009 AND TO EXCLUDE TIME
No. CR-08-0907 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0907 DLJ |
| ) | |
| Plaintiff, ) | ORDER GRANTING STIPULATED |
| ) | REQUEST TO CONTINUE HEARING |
| v. ) | DATE TO JANUARY 16, 2009 AND TO |
| ) | EXCLUDE TIME UNDER THE SPEEDY |
| DEL EDMUND SIMON, ) | TRIAL ACT |
| ) | |
| Defendant ) | Date: January 16, 2009 |
| ) | Time: 9:00 a.m. |
| ) | Court: Hon. D. Lowell Jensen |

The parties jointly requested that the hearing in this matter be continued from December 18, 2008 to January 16, 2009, and that time be excluded under the Speedy Trial Act between December 18, 2008 and January 16, 2009 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for a status conference on January 16, 2009 at 9:00 a.m. before the Hon. D. Lowell Jensen in the United States District Court, and that

STIP. AND ORDER
TO CONTINUE HEARING TO
JANUARY 16, 2009 AND TO EXCLUDE TIME
No. CR-08-0907 DLJ

1  time between December 18, 2008 and January 16, 2009 will continue to be excluded under the
2  Speedy Trial Act to allow for the effective preparation of counsel, taking into account the
3  exercise of due diligence.

5  DATED:  December 18, 2008  
                                           _____
                                           HON. WAYNE D. BRAZIL
6                                          United States Magistrate Judge

STIP. AND ORDER
TO CONTINUE HEARING TO
JANUARY 16, 2009 AND TO EXCLUDE TIME
No. CR-08-0907 DLJ