SUSAN RAFFANTI
483 Ninth Street, Suite 200
Oakland, CA 94606
SBN 120993
Tel.: 510/451-2825
Fax: 510/839-1622
sraffanti@gmail.com

Attorney for DEL EDMUND SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-00907 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | DECLARATION OF COUNSEL AND |
| | ) | **ORDER** CONTINUING |
| DEL EDMUND SIMON | ) | SENTENCING DATE |
| Defendant. | ) | |

  I, Susan Raffanti , hereby declare and state:.

1.  I am the attorney of record for Del Simon, defendant herein.

2.  A conflict has arisen which requires that I continue the May 8, 2009 sentencing date currently set for Mr. Simon. I am requesting a sentencing date of **May 22, 2009**.

3.  I have communicated with Assistant United States Attorney Wade Rhyne regarding this request;  he has no opposition to the two week continuance.  I have also discussed it with the probation officer preparing the pre-sentence report in this case,  Charlie Mabie, who informed me that he is available that day.  Mr. Simon has no objection to the two week continuance.

  I declare under penalty of perjury under the laws of the State of California that the

U.S. v Simon; CR 08-00907 DLJ
Declaration and Order re Continuance of
Sentencing Date          1

1  foregoing is true and correct to the best of my knowledge.

2      Signed April 20, 2009 in Oakland, California.

3                                                _____/s/_____
                                              Susan Raffanti

4                                                Attorney for Del Simon

5                                       ORDER

6      GOOD CAUSE APPEARING, it is hereby ordered that the date for sentencing of Del

7  Edmund Simon is continued to May 22, 2009 at 10:00 a.m..

8

9  <u>April 21, 2009</u>                                       _____
   Date                                            D. Lowell Jensen

10                                               U.S. District Court

<u>U.S. v Simon</u>; CR 08-00907 DLJ
Declaration and Order re Continuance of
Sentencing Date                             2