1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3693
7      Facsimile:  (510) 637-3724
       E-Mail:     wade.rhyne@usdoj.gov
8

9  Attorneys for the United States of America

10
                           UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                                   OAKLAND DIVISION
13

14 UNITED STATES OF AMERICA,       )   No. CR-08-00907 DLJ
                                   )
15         Plaintiff,               )
                                   )   STIPULATION AND ORDER FOR
16    v.                            )    BRIEFING SCHEDULE ORDER FOR
                                   )   VICTIM'S RESTITUTION REQUEST
17 DEL EDMUND SIMON,               )
                                   )   Date:   July 17, 2009
18         Defendant.               )   Time:   10:00 a.m.
                                   )   Judge:  Hon. D. Lowell Jensen
19 _____  )

20

21     The parties hereby stipulate to the following proposed briefing schedule and hearing date

22 so that this Court may hear a restitution request made by one of the child pornography victims

23 allegedly depicted in the images possessed by Defendant in the above-entitled case.  The victim

24 is requesting restitution in accordance with the Mandatory Restitution for Sex Crimes section of

25 the Violence Against Women Act of 1994 ("VAWA"), 18 U.S.C. § 2259 et seq.

26     1.   The United States' Opening Brief shall be filed on or before June 26, 2009;

27     2.   Defendant's Opposition Brief shall be filed on or before July 3, 2009;

28

3.  The United States' Reply Brief, if any, shall be filed on or before July 10, 2009; and

4.  The restitution hearing will be on July 17, 2009 at 10:00 a.m.

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: May 28, 2009

_____
WADE M. RHYNE
Assistant United States Attorney

DATED: May 28, 2009

_____/s/_____
SUSAN RAFFANTI
Counsel for Defendant

**IT IS SO ORDERED.**

DATED: June 2, 2009

_____
HON. D. LOWELL JENSEN
United States District Court Judge

STIPULATION AND [PROPOSED] BRIEFING SCHEDULE
ORDER FOR VICTIM'S RESTITUTION REQUEST
CR 08-00907 CRB                                                                 2